UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                 Case No. 1-08-cr-133

v.                                           HON. JANET T. NEFF

ORLANDO BELL,

        Defendant.

_____/

**MEMORANDUM OPINION AND ORDER**

      Defendant Orlando Bell has filed a motion for modification or reduction of sentence (Dkt 220) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission. The U.S. Probation Department has filed a Sentence Modification Report (Dkt 225) finding defendant eligible for the reduction. The parties stipulated (Dkt 228) to the retroactive application of the sentencing amendment and requests the Court to amend the sentence.

      Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

Having fully considered the Sentence Modification Report (Dkt 225) and the stipulation (Dkt 228), the Court has determined that the defendant is eligible for a reduction of sentence according to the policy statements of the U.S. Sentencing Commission.

Therefore, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (Dkt 220) pursuant to 18 U.S.C. § 3582(c)(2) is GRANTED. Defendant's sentence is reduced to 121 months with an effective date of November 1, 2015.

DATED: September 25, 2015             /s/ Janet T. Neff
                                      JANET T. NEFF
                                      United States District Judge